## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sylvia McKeown,<br><br>　　　　　　　　　*Debtor*. | Case No. 19-15631-amc<br>Chapter 13 |

### Consent Order Granting Leave to File New Case

**AND NOW**, upon consideration of the Consent Order entered at ECF No. 23 on September 20, 2019, and with the consent of all parties thereto, it is hereby **ORDERED** that:

1. The Debtor is granted leave to file a new chapter 13 bankruptcy case ("the New Case").

2. If the New Case is dismissed for any reason, the Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within two (2) years without further leave of Court from the date the dismissal order is entered.

3. This Order is effective without any further reference to its terms in any subsequent dismissal of the New Case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the New Case, in and of itself, shall be sufficient to effectuate this Order and the barring of the Debtor from further filings in accordance with its terms.

Date: Sept. 20, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

We consent to the form and entry of this Order.

/s/ Brad J. Sadek
Brad J. Sadek
Attorney for Debtor

/s/ Ann Swartz
Scott F. Waterman
Chapter 13 Trustee